# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LAWRENCE SOMMER § | |
| § | Civil Action No. 4:17-CV-300 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| WILMINGTON SAVINGS FUND § | |
| SOCIETY, FSB, d/b/a CHRISTIANA § | |
| TRUST, NOT INDIVIDUALLY BUT AS § | |
| TRUSTEE FOR PRETIUM MORTGAGE § | |
| ACQUISITION TRUST § | |
| § | |
| v. § | |
| § | |
| RACHEL S. SOMMER § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 27, 2018, the report of the Magistrate Judge (Dkt. #22) was entered containing proposed findings of fact and recommendations that Defendant Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually, But as Trustee for Pretium Mortgage Acquisition Trust's ("Trustee" or "Defendant") Motion for Summary Judgment and Judgment on the Pleadings ("Motion for Summary Judgment") (Dkt. #16) be granted.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion for Summary Judgment (Dkt. #16) is **GRANTED**. Plaintiff's claims against Defendant are hereby **DISMISSED** with prejudice. Defendant is entitled to an order authorizing foreclosure.

All relief not previously granted is hereby **DENIED.**

**IT IS SO ORDERED**.
 SIGNED this 25th day of April, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE